UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TIANNA A. LINTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACCESS WORLDWIDE<br>COMMUNICATIONS, INC.<br><br>　　　　Defendant. | Civil Action No. CV-15-190-GZS |

## STIPULATION OF DISMISSAL

**NOW COME** the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated:  January 7, 2016　　　　　　　　/s/ *Chad T. Hansen*
　　　　　　　　　　　　　　　　　　　　Chad T. Hansen, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　Maine Employee Rights Group
　　　　　　　　　　　　　　　　　　　　92 Exchange Street
　　　　　　　　　　　　　　　　　　　　Portland, Maine 04101
　　　　　　　　　　　　　　　　　　　　207-874-0905

Dated:  January 7, 2016　　　　　　　　/s/ *James R. Erwin*
　　　　　　　　　　　　　　　　　　　　James R. Erwin, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　　　Pierce Atwood
　　　　　　　　　　　　　　　　　　　　Merrill's Wharf
　　　　　　　　　　　　　　　　　　　　254 Commercial Street
　　　　　　　　　　　　　　　　　　　　Portland, Maine 04101
　　　　　　　　　　　　　　　　　　　　207-791-1100

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.


Dated: January 7, 2016           /s/ *Chad T. Hansen*
                                          Chad T. Hansen, Esq.